JSenesi.Inf

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
AUG -1 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

05-00059

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. _____ |
| ) | |
| Plaintiff, ) | **INFORMATION** |
| ) | |
| vs. ) | **DISTRIBUTION OF METHAMPHETAMINE HYDROCHLORIDE** |
| ) | [18 U.S.C. § 2 and 21 U.S.C. § 841(a)(1)] |
| ) | (Count 1) |
| JASON JOHN SENESI, ) | |
| ) | **FORFEITURE ALLEGATION** |
| Defendant. ) | [21 U.S.C. § 853] |
| ) | (Count 2) |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT I - DISTRIBUTION OF METHAMPHETAMINE HYDROCHLORIDE

Between April 20, 2004, and April 25, 2005, in the District of Guam, the defendant herein, JASON JOHN SENESI, did knowingly and intentionally distribute approximately 200 grams net weight of methamphetamine hydrochloride, a/k/a "ice," a Schedule II controlled substance, in violation of Title 18, United States Code, Section 2 and Title 21, United States Code, Section 841(a)(1).

//

//

## COUNT II - FORFEITURE ALLEGATION

Upon conviction of the controlled substance offense alleged in Count I of this information, defendant JASON JOHN SENESI shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from proceeds obtained, directly or indirectly, as a result of said violation, to wit: $13,420 in United States Currency.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

DATED: 7/28/05    By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

## Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____N/A_____

**Related Case Information:**

Superseding Indictment _____ Docket Number __05-00059__
Same Defendant ___X___ New Defendant _____
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X__ Matter to be sealed: _____ Yes __X__ No

Defendant Name _____Jason John Senesi_____

Allisas Name _____

Address _____

_____Tumon Heights, Guam_____

Birth date __XX/XX/1972__ SS# __XXX-XX-____ Sex __M__ Race __PI__ Nationality __U.S.__

**U.S. Attorney Information:**

AUSA __Karon V. Johnson__

**Interpreter:** __X__ No _____ Yes   List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: _____3_____   _____ Petty _____ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 2, and 21 U.S.C. § 841(a)(1) | DISTRIBUTION OF METHAMPHETAMINE HYDROCHLORIDE | 1 |
| Set 2 | 21 U.S.C. § 853 | FORFEITURE ALLEGATION | 2 |
| Set 3 | | | |
| Set 4 | | | |

Date: __8/1/05__   Signature of AUSA: __[signature]__