IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
(SEALED)

FILED
DISTRICT COURT OF GUAM
AUG - 1 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00059**  **DATE: 08/01/2005**

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge     Law Clerk: Judith Hattori
Court Reporter: Wanda M. Miles                         Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 11:19:57 - 11:20:58   CSO: F. Tenorio
Hearing Electronically Recorded: 11:22:56 - 11:47:50   **TIME: 11:19 a.m.**

* * * * * * * * * * * * * * * * * * * * * * **A P P E A R A N C E S** * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFT:** __JASON JOHN SENESI__                **ATTY:** __RAWLEN MANTANONA__
( X ) PRESENT  ( ) CUSTODY  ( ) BOND  ( X ) P.R.    ( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID            AGENT:
U.S. PROBATION: MARIA CRUZ              U.S. MARSHAL: F. TAITAGUE

**PROCEEDINGS: WAIVER OF INDICTMENT / FILING OF INFORMATION / PLEA**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: __RAWLEN MANTANONA__, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED: AGE: __33__   HIGH SCHOOL COMPLETED: __SOME COLLEGE__
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE   ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
    OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVE READING OF ( ) COMPLAINT  ( ) INFORMATION  ( ) INDICTMENT
( X ) PLEA ENTERED: ( X ) *GUILTY*  ( ) *NOT GUILTY* - TO: __INFORMATION__
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: __NO WRITTEN PLEA__   PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( ) SENTENCING DATE: _____ at _____  ( X ) STATUS HEARING: __OCTOBER 31, 2005__ at __2:00 P.M.__
( ) PRESENTENCE REPORT ORDERED AND DUE: _____
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( ) TRIAL SET FOR: _____

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( )*DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( X ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT IN CRIMINAL CASE NO. 05-00046.

NOTES:

Defendant executed a waiver of indictment and consented to enter his plea of guilty before a U.S. Magistrate Judge. Defendant consented to forfeit the sum of money described in the forfeiture allegation. Defense counsel moved to seal this case and set a status hearing. No objection. GRANTED. Government requested the Court to continue Criminal Case No. 05-00046 until the Defendant is sentenced in this case. Defense requested for dismissal of Criminal Case no. 05-00046. The Court instructed Defense Counsel to make his request to a District Judge. Government recommended release conditions be imposed as set forth in Criminal Case No. 05-00046. GRANTED.