# United States District Court

**FILED**
DISTRICT COURT OF GUAM
AUG - 1 2005
MARY L.M. MORAN
CLERK OF COURT

FOR THE **DISTRICT OF** GUAM

**UNITED STATES OF AMERICA**

v.

JASON JOHN SENESI

Defendant(s).

**WAIVER OF INDICTMENT**

Case Number: 05-00059

I, _Jason John Senesi_ the above-named defendant, who is accused of

DISTRIBUTION OF METHAMPHETAMINE HYDROCHLORIDE in violation of Title 18, United States Code, Section 2 and Title 21, United States Code, Section 841(a)(1), Count I, and FORFEITURE ALLEGATION in violation of Title 21, United States Code, Section 853,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waived in open court on _AUG - 1 2005_ prosecution by indictment and consenting that the proceeding may be by information rather than by indictment.

JASON JOHN SENESI
*Defendant*

RAWLEN M.T. MANTANONA
*Counsel for Defendant*

Before: _____
*Judicial Officer*