DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00059 |
|---|---|
| Plaintiff, | |
| vs. | O R D E R |
| **JASON JOHN SENESI,** | |
| Defendant. | |

IT IS HEREBY ORDERED that **RAWLEN MANTANONA** is appointed to represent the defendant in the above-entitled case.

Dated this 1st day of August, 2005.

JOAQUIN V.E. MANIBUSAN, Magistrate Judge
U.S. DISTRICT COURT OF GUAM