FILED
DISTRICT COURT OF GUAM
AUG - 1 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff.<br><br>vs.<br><br>JASON JOHN SENESI,<br><br>          Defendant. | CRIMINAL CASE NO. 05-00059<br><br>**REPORT AND RECOMMENDATION<br>CONCERNING PLEA OF GUILTY<br>IN A FELONY CASE** |

      The defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P., and has entered a plea of guilty to an Information charging him with Distribution of Methamphetamine Hydrochloride, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2. Additionally, the defendant consented to forfeit the $13,420.00 in U.S. currency described in the Forfeiture Allegation of the Information. After examining the defendant under oath, I have determined that the defendant is fully competent and capable of entering an informed plea, that the guilty plea was intelligently, knowingly and voluntarily made, and that the offense charged is supported by an independent basis in fact establishing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly. I further recommend that the Court

///

///

order the defendant to forfeit to the United States the $13,420.00 in U.S. currency described in the Forfeiture Allegation of the Indictment.

IT IS SO RECOMMENDED.

DATED this 1st day of August 2005.

_____
JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

## NOTICE

**Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).**