# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

| | |
|---|---|
| USA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Jason John Senesi,<br><br>　　　　　Defendant. | Case No. 1:05-cr-00059 *SEALED*<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *CJA 20 - Appointment and Report and Recommendations as to Jason John Senesi filed August 1, 2005* on the dates indicated below:

*U.S. Attorney's Office*　　　　　　　　　*Rawlen Mantanona*
*August 2, 2005*　　　　　　　　　　　　*August 3, 2005*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*CJA 20 – Appointment filed on August 1, 2005, and Report and Recommendations as to Jason John Senesi filed August 1, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 5, 2005　　　　　　　　　　　　　/s/ Leilani R. Toves Hernandez
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk