# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Jason John Senesi, <br><br> Defendant. | Case No. 1:05-cr-00059 *SEALED* <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***Consent To Rule 11 Plea Under a Felony Case Before US Magistrate Judge, filed August 1, 2005*** on the dates indicated below:

*U.S. Attorney's Office*            *Rawlen Mantanona*
*August 2, 2005*                    *August 17, 2005*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

***Consent To Rule 11 Plea Under a Felony Case Before US Magistrate Judge, filed August 1, 2005***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 18, 2005                              /s/ Leilani R. Toves Hernandez
                                                    Deputy Clerk