# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>Plaintiff,<br><br>vs.<br><br>Jason John Senesi,<br><br>Defendant. | Case No. 1:05-cr-00059 *SEALED*<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Acceptance of Plea of Guilty, Adjudication of Guilt and Notice of Sentencing filed August 29, 2005,* on the dates indicated below:

*U.S. Attorney's Office*          *Rawlen M.T. Mantanona*
*August 30, 2005*                 *August 30, 2005*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Acceptance of Plea of Guilty, Adjudication of Guilt and Notice of Sentencing filed August 29, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 31, 2005                          /s/ Marilyn B. Alcon
                                                Deputy Clerk