jasonsenesinewstp

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
OCT 3 1 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00059 |
| Plaintiff, ) | |
| ) | **STIPULATED MOTION TO** |
| vs. ) | **CONTINUE STATUS HEARING** |
| ) | |
| JASON JOHN SENESI, ) | |
| Defendant. ) | |

The parties in the above-entitled matter, the United States of America, and the defendant through his counsel, Rawlen Mantanona, hereby motion this Honorable Court to continue the Status Hearing currently scheduled for October 31, 2005, and that it be continued for three (3) months, at a date and time to be selected by the court at it's convenience.

10/31/05
DATE

[signature]
RAWLEN MANTANONA
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

10/31/05     By: [signature]
DATE              KARON V. JOHNSON
                  Assistant U.S. Attorney

**ORIGINAL**