LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
NOV - 1 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00059 |
| Plaintiff, ) | |
| ) | **ORDER re** |
| vs. ) | **Stipulation to Continue Status Hearing** |
| JASON JOHN SENESI, ) | |
| Defendant. ) | |

**IT IS SO ORDERED** that the Status Hearing currently scheduled for October 31, 2005, is hereby rescheduled to January 31, 2006, at 2:30 p.m.

11/1/2005
DATE

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

**ORIGINAL**