# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

|  |  |
|---|---|
| USA,<br><br>            Plaintiff,<br><br>       vs.<br><br>Jason John Senesi,<br><br>            Defendant. | Case No. 1:05-cr-00059<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *CJA 20 Voucher filed on September 12, 2005*, on the date indicated below:

*Rawlen M. Mantanona*
*September 12, 2005*

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date the:

*CJA 20 Voucher filed on September 12, 2005*

was served on the above listed entity in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 2, 2005                                     /s/ Virginia T. Kilgore
                                                                              Deputy Clerk