**CABOT**
**MANTANONA LLP**
BankPacific Building, 2nd Floor
825 South Marine Drive Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

Attorneys for **Jason John Senesi**

FILED
DISTRICT COURT OF GUAM

JAN 27 2006

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 05-00059 |
| Plaintiff, | |
| vs. | STIPULATED MOTION TO CONTINUE STATUS HEARING [LODGED UNDER SEAL] |
| JASON JOHN SENESI, | |
| Defendants. | |

The parties in the above entitled matter, the United States of America, and the defendant through his counsel, Rawlen Mantanona, hereby motion this Honorable Court to continue the Status Hearing currently scheduled for January 31, 2006, and that it be continued for three (3) months, at a date and time to be selected by the court at it's convenience.

IT IS SO STIPULATED:

RAWLEN M T MANTANONA, ESQ.
Attorneys for Defendant
Dated: 1/27/06

KARON V. JOHNSON, ESQ.
Attorney for Plaintiff
UNITED STATES OF AMERICA
Dated: 1/27/06

ORIGINAL