**CABOT**
**MANTANONA LLP**
BankPacific Building, 2nd Floor
825 South Marine Drive Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

**FILED**
DISTRICT COURT OF GUAM
JAN 3 0 2006
MARY L.M. MORAN
CLERK OF COURT

Attorneys for **Jason John Senesi**

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **Criminal Case No. 05-00059** |
| | ) | |
| vs. | ) | |
| | ) | **ORDER re Second Stipulation to** |
| JASON JOHN SENESI | ) | **Continue Status Hearing** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Based upon the stipulation of the parties and for good cause shown, the Status

Hearing currently scheduled for January 31, 2006, is hereby rescheduled to April 27,

2006, at 2:30 p.m.

**SO ORDERED** this 30th day of January 2006.


JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge


# ORIGINAL