PS 8
(8/88)

# United States District Court

for

THE DISTRICT OF GUAM

FILED
DISTRICT COURT OF GUAM
APR - 6 2006
MARY L.M. MORAN
CLERK OF COURT

U.S.A. vs: __Jason John Senesi__   Docket No. __CR#05-00059-001__

### Petition for Action on Conditions of Pretrial Release

COMES NOW __JOHN W. SAN NICOLAS II__ PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant __Jason John Senesi__ who was placed under pretrial release supervision by the Honorable __Joaquin V.E. Manibusan, Jr., Magistrate Judge__ sitting in the court at __Hagatna, Guam__ on the __1st__ date of __August__, 20 __05__ under the following conditions:

*Please see Order Setting Conditions of Release filed on August 1, 2005.*

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

(If short insert here; if lengthy write on separate sheet and attach)

*Please see attached Declaration in Support of Petition -
Violation Report, Request for a Summons*

PRAYING THAT THE COURT WILL

*Pursuant to 18 U.S.C. §3148, order that a summons be issued, and that this matter be set for a hearing, and at that hearing, the defendant be held to answer or show cause why bail should not be revoked or why conditions of release should not be modified, or for any other matter for which the Court may deem just and proper.*

RECEIVED
APR - 5 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORDER OF COURT

Considered and ordered this __6th__ day of __April__, 20 __06__ and ordered filed and made a part of the records in the above case.

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge

Respectfully,

John W. San Nicolas II
U.S. Pretrial Services Officer

Place: __Hagåtña, Guam__

Date: __April 3, 2006__

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE
TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                     Plaintiff,<br><br>vs.<br><br>**JASON JOHN SENESI,**<br>                     Defendant. | CRIMINAL CASE NO. 05-00059-001<br><br>DECLARATION IN SUPPORT OF PETITION |

**Re: Violation Report, Request for a Summons**

     I, U.S. Probation Officer John W. San Nicolas II, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of pretrial for Jason John Senesi, and in that capacity declare as follows:

     On June 3, 2005, Jason John Senesi made an Initial Appearance before Magistrate Judge Joaquin V. E. Manibusan Jr., in Criminal Case Number 05-00046 pursuant to an Indictment charging him with Distribution of Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§ 841(a)(1) and 18 U.S.C. § 2; and Forfeiture Allegation, in violation of 21 U.S.C. § 853. The case was ordered sealed.

     On the same date, Mr. Senesi was released on a personal recognizance bond with conditions that he report to the U.S. Probation Office for supervision; maintain or actively seek employment; surrender any passport to the Clerk of Court, District Court of Guam; obtain no passport; remain at a fixed address and not change residence without prior notice to the U.S. Probation Office; refrain from possessing a firearm, destructive device, or other dangerous weapon; refrain from excessive use of alcohol; refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner; submit to any method of testing required by a pretrial services officer or the supervising officer for determining whether he is using a prohibited substance; report as soon as possible any contact with law enforcement; not leave the Territory of Guam without permission; stay away from all ports of entry and exit; submit a complete and written monthly supervision report to the U.S. Probation Office; and report to Drug Enforcement Administration (DEA) as directed.

Violation Report; Request for a Summons
Senesi, Jason John
U.S.D.C. Cr. Cs. No.: 05-00059
April 3, 2006
Page 2

On June 30, 2005, an Informational Report was filed with the Court after Mr. Senesi tested positive for methamphetamine.

On August 1, 2005, Mr. Senesi appeared in Court for a Filing of Information, Waiver of Indictment, and Entry of Plea in Criminal Case Number 05-00059. Pursuant to a plea agreement, he pleaded guilty to the charges listed in the Information, Distribution of Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§ 841(a)(1) and 18 U.S.C. § 2; and Forfeiture Allegation, in violation of 21 U.S.C. § 853. The case was ordered sealed. His release was continued on the same conditions previously imposed. On August 12, 2005, the Indictment in Cr.Cs. Number 05-00046 was dismissed.

He is alleged to have violated the following condition:

**Special Condition:** *Submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.*

**Special Condition:** *The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substance defined in 21 U.S.C. §802, unless prescribed by a licensed medical practitioner.*

On March 9, 2006, Mr. Senesi was subjected to a random urinalysis by this Officer. However, he failed to provide a urine sample as required (stall). He was instructed to report for urinalysis on March 10, 2006. On March 10, 2006, he was subjected to a urinalysis which tested presumptive positive for methamphetamine. The sample was sent to Scientific Testing Laboratories, Incorporated because he denied use of illicit substances. On March 23, 2006, this officer received the laboratory report which indicated a positive result for methamphetamine and amphetamines for the March 10, 2006 drug test. This is Mr. Senesi's second documented positive urinalysis for methamphetamine.

**Standard Condition:** *The defendant shall report to the U.S. Probation Office as directed.* The defendant has failed to submit pretrial services supervision reports as required for the months of November 2005, December 2005, January 2006, and February 2006.

**Supervision Compliance:** This Officer has no information that suggests that the defendant has not complied with other conditions of pretrial release.

Violation Report; Request for a Summons
Senesi, Jason John
U.S.D.C. Cr. Cs. No.: 05-00059
April 3, 2006
Page 3

**Recommendation:** This Officer respectfully requests pursuant to 18 U.S.C. §3148, that this matter be scheduled for a hearing and a summons be issued for the defendant's appearance at that hearing to determine if his bail should be revoked or modified.

Executed this 3rd day of April 2006, at Hagatna, Guam, in conformance with the provisions of 28 U.S.C. § 1746.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
JOHN W. SAN NICOLAS II
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Karon V. Johnson, Assistant U.S. Attorney
Rawlen Mantanona, Defense Counsel
File