AO 83 (Rev. 12/03) Summons in a Criminal Case

**RECEIVED**

APR 0 6 2006

~~US MARSHALS SERVICE GUAM~~

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ **GUAM** _____

UNITED STATES OF AMERICA
V.

**SUMMONS IN A CRIMINAL CASE**

**JASON JOHN SENESI**

(Name and Address of Defendant)

Case Number:     **CR-05-00059**

**FILED**
DISTRICT COURT OF GUAM
Apr 11 2006
APR 11 2006

**MARY L.M. MORAN
CLERK OF COURT**

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue** | **413** |
| | **Date and Time** |
| Before:     **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | **Thursday, April 13, 2006 at 2:30 p.m.** |

To answer a(n)
Indictment   ☐ Information   ☐ Complaint   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   **X** Violation Notice

Charging you with a violation of Title _____ **18** _____ United States Code, Section(s) _____ **3148** _____

Brief description of offense:

**ORDER TO SHOW CAUSE WHY PRETRIAL RELEASE CONDITIONS SHOULD NOT BE REVOKED**
**(See attached Petition and Violation Report)**

ORIGINAL

| **MARILYN B. ALCON, Deputy Clerk** | _Marilyn B. Alcon_ |
|---|---|
| Name and Title of Issuing Officer | Signature of Issuing Officer |

| **April 6, 2006** | |
|---|---|
| Date | |

## RETURN OF SERVICE

|  | Date |
|---|---|
| Service was made by me on:[1] | 4/10/2006 |

### Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: *Hagatna, Guam*

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on ___4/10/2006___
Date

_J. Salas_
Name of United States Marshal

_V. Roman_
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.