IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
(SEALED)

**FILED**
DISTRICT COURT OF GUAM
APR 13 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00059     DATE: 04/13/2006

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge, Presiding     Law Clerk: J. HATTORI
Court Recorder & Courtroom Deputy: Virginia T. Kilgore
Electronically Recorded - RUN TIME: 2:48:58 - 2:55:38     CSO: J. McDonald

**APPEARANCES**

**DEFT:** JASON JOHN SENESI     **ATTY:** RAWLEN MANTANONA
( X ) PRESENT ( ) CUSTODY ( ) BOND ( X ) P.R.     ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: ROSETTA SAN NNICOLAS     AGENT:

U.S. PROBATION: JOHN SAN NICOLAS     U.S. MARSHAL: S. LUJAN

**PROCEEDINGS:** INITIAL APPEARANCE AND ORDER TO SHOW CAUSE WHY PRETRIAL RELEASE CONDITIONS SHOULD NOT BE REVOKED

( ) ALLEGATIONS STATED BY THE GOVERNMENT
( ) ARGUMENT BY THE GOVERNMENT/( ) GOVERNMENT SETS FORTH THE FACTS OF THE VIOLATIONS
( ) ARGUMENT BY THE DEFENDANT
( ) DEFENDANT ADMITS TO ALL THE ALLEGATIONS
( ) DEFENDANT DENIES THE ALLEGATIONS
( ) DEFENDANT ADMITS TO THE FOLLOWING ALLEGATIONS: _____

_____

( ) COURT FINDS THAT THE DEFENDANT DID VIOLATE CONDITIONS OF PROBATION
( ) REVOCATION OF PROBATION/SUPERVISED RELEASE ___ GRANTED ___ DENIED
( ) PROBATION/SUPERVISED RELEASE CONDITIONS MODIFIED (see Revocation or Amended Judgment)
( ) CONDITIONS MODIFIED OR CONTINUED ( see reverse )
( X ) PROCEEDINGS CONTINUED TO: APRIL 20, 2006 at 10:00 A.M.
( ) DEFENDANT TO REMAIN AT LIBERTY
( X ) DEFENDANT RELEASED AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

Defense counsel moved for a continuance so that the government may verify information he provided regarding defendant's cooperation. Government did not object to a short continuance. **GRANTED.** Probation requested to modify defendant's conditions to include that he report to pretrial service office on a daily basis to determine if he is subject to a urinalysis test. The Court ordered the modification and that defendant be tested today.