# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, | |
| Plaintiff, | Case No. 1:05-cr-00059 *SEALED* |
| vs. | |
| Jason John Senesi, | **CERTIFICATE OF SERVICE** |
| Defendant. | |

The following office(s)/individual(s) acknowledged receipt of the ***Amended Order Setting Conditions of Release filed April 13, 2006,*** on the dates indicated below:

| *U.S. Attorney's Office* | *Rawlen M.T. Mantanona* | *U.S. Probation Office* | *U.S. Marshals Service* |
|---|---|---|---|
| *April 14, 2006* | *April 14, 2006* | *April 14, 2006* | *April 14, 2006* |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

***Amended Order Setting Conditions of Release filed April 13, 2006***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: April 14, 2006

/s/ Marilyn B. Alcon
Deputy Clerk