**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF GUAM**

| | |
|---|---|
| **United States of America**<br>Plaintiff,<br><br>vs.<br><br>**JASON JOHN SENESI,**<br>Defendant. | CRIMINAL CASE NO. 06-00059-001<br><br>DECLARATION IN SUPPORT OF PETITION<br>(Supplemental) |

**Re: Supplemental Violation Report; Additional Violation Conduct**

I, John W. San Nicolas II, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of pretrial release for Jason John Senesi, and in that capacity declare as follows:

On April 6, 2006, a Petition for Action was filed with the Court after this Officer Mr. Senesi tested positive for methamphetamine on March 10, 2006 and failed to submit monthly supervision reports from November 2005 to February 2006. On April 13, 2006, Mr. Senesi appeared before the Honorable Joaquin V.E. Manibusan, Jr., Magistrate Judge, at a violation hearing. The parties requested that the hearing be continued to allow the assigned Assistant United States Attorney, Karon Johnson, who was not present, to inform the Court of the status of Mr. Senesi's cooperation. The Court continued the hearing to April 20, 2006. At the request of this Officer, the Court ordered that Mr. Senesi submit to a urinalysis prior to leaving the Courthouse and that he call his Probation Officer on a daily basis to determine if he will be subjected to urinalysis.

**Special Condition:** *Submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.* On April 13, 2006, at approximately 3:00 p.m., this Officer escorted Mr. Senesi from the Courtroom to the U.S. Probation Office for urinalysis as ordered by the Court. Mr. Senesi failed to provide a urine sample (stall) as ordered. This Officer instructed him to report to the U.S. Probation Office for urinalysis again on April 14, 2006 at 8:00 a.m. He failed to report at the scheduled time as instructed. However, on the same date, at approximately 3:00 p.m., Mr. Senesi contacted this Officer telephonically, stating that he "just woke up," and would be willing to take his

DECLARATION IN SUPPORT OF PETITION (SUPPLEMENTAL)
Supplemental Violation Report; Additional Violation Conduct
Re: SENESI, Jason John
USDC Cr. Cs. No. 06-00059-001
April 20, 2006
Page 2

urinalysis. He reported to the U.S. Probation Office and was subjected to a urinalysis, which tested presumptive positive for methamphetamine. The sample was sent to Scientific Testing Laboratories, Incorporated because he denied use of illicit substances, and the urine sample was observed to be clear in appearance.

On April 17, 2006, at approximately 10:00 a.m., Mr. Senesi contacted this Officer as required to determine if he was scheduled for urinalysis. He was instructed to report to the Sirena Plaza, Hagatna, Guam at 1:30 p.m. for urinalysis. At approximately, 2:30 p.m., he arrived at the Sirena Plaza and met with this Officer. Mr. Senesi failed to provide a urine sample (stall) as instructed by this Officer.

**Recommendation:** The probation officer respectfully requests that the Court incorporate this information with the violation report previously filed with the Court on April 6, 2006.

Executed this 20th day of April 2006, at Hagatna, Guam, in conformance with the provisions of 28 U.S.C. § 1746.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: JOHN W. SAN NICOLAS II
U.S. Probation Officer

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Karon V. Johnson, Assistant U.S. Attorney
Rawlen Mantanona, Defense Attorney
File