IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
(SEALED)


FILED
DISTRICT COURT OF GUAM
APR 20 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00059    DATE: 04/20/2006

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge, Presiding        Law Clerk: J. HATTORI
Court Reporter: Wanda Miles                                          Courtroom Deputy: Virginia T. Kilgore
Electronically Recorded - 9:11:56 - 9:17:48                          CSO: N. Edrosa
Electronically Recorded - 9:27:50 - 9:45:43

**********************APPEARANCES**********************

DEFT: __JASON JOHN SENESI__                    ATTY: __RAWLEN MANTANONA__
(X) PRESENT  ( ) CUSTODY  ( ) BOND  (X) P.R.   (X) PRESENT ( ) RETAINED ( ) FPD (X) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON                   AGENT:

U.S. PROBATION: JOHN SAN NICOLAS               U.S. MARSHAL: C. MARQUEZ / D. PUNZALAN

PROCEEDINGS:    CONTINUED ORDER TO SHOW CAUSE HEARING

( ) ALLEGATIONS STATED BY THE GOVERNMENT
( ) ARGUMENT BY THE GOVERNMENT/( ) GOVERNMENT SETS FORTH THE FACTS OF THE
    VIOLATIONS
( ) ARGUMENT BY THE DEFENDANT
( ) DEFENDANT ADMITS TO ALL THE ALLEGATIONS
(X) DEFENDANT DENIES ALL ALLEGATIONS AND REQUESTS AN EVIDENTIARY HEARING
( ) DEFENDANT ADMITS TO THE FOLLOWING ALLEGATIONS: _____

( ) COURT FINDS THAT THE DEFENDANT DID VIOLATE CONDITIONS OF PRETRIAL RELEASE
( ) REVOCATION OF PROBATION/SUPERVISED RELEASE ___ GRANTED ___ DENIED
( ) PROBATION/SUPERVISED RELEASE CONDITIONS MODIFIED (see Revocation or Amended Judgment)
( ) CONDITIONS MODIFIED OR CONTINUED ( see reverse )
( ) PROCEEDINGS CONTINUED TO: _____ AT _____
( ) DEFENDANT TO REMAIN AT LIBERTY
(X) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR DETENTION

NOTES:

The Court set an evidentiary hearing on the violations for April 27, 2006 at 11:00 A.M.

Ms. Johnson argued for detention. Mr. Mantanona argued for continued release until after the evidentiary hearing. The Court remanded the defendant.

Ms. Johnson moved the Court to unseal the case and set a sentencing date. The Court Granted the motion, unsealed the case and set sentencing for August 22, 2006 at 10:00 a.m. Presentence report due to parties no later than June 29, 2006 and due to Court no later than July 28, 2006. No further written order will be forthcoming.