ORIGINAL

jasonsenesi6stp

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
APR 21 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 05-00059 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **MOTION TO VACATE** <br> ) **STATUS HEARING** |
| JASON JOHN SENESI, | ) |
| Defendant. | ) |

Comes now the United States of America and moves this Honorable Court to vacate the Status Hearing currently scheduled for April 27, 2006. On April 20, 2006, the government requested that this case be unsealed and set for sentencing. The court granted this request and set sentencing for August 22, 2006.

Respectfully submitted this 21st day of April, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *Karon V. Johnson*
KARON V. JOHNSON
Assistant U.S. Attorney