LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00059 |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | **Vacating Status Hearing** |
| JASON JOHN SENESI, | ) | |
| Defendant. | ) | |

**IT IS SO ORDERED** that the Status Hearing currently scheduled for April 27, 2006, is hereby vacated.

_April 21, 2006_  
DATE

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

ORIGINAL