

CABOT
MANTANONA LLP
BankPacific Building, 2nd Floor
825 South Marine Drive Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

**FILED**
DISTRICT COURT OF GUAM
APR 26 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No. 05-00059 |
| Plaintiff, | ) |
| vs. | ) **STIPULATION ~~AND ORDER~~** w/c |
| JASON JOHN SENESI, | ) **FOR CONTINUANCE OF** |
| Defendants. | ) **EVIDENTIARY HEARING** |

IT IS HEREBY STIPULATED, by and between the parties that the Evidentiary Hearing on Defendant's alleged pre-trial release violation presently scheduled for April 27, 2006 at 11:00 a.m., is to be continued to a date at least two weeks later. The reason for the delay and need for continuance is to permit lab testing of Defendant's evidence to be completed by an off-island laboratory.

IT IS SO STIPULATED:

CABOT MANTANONA LLP
Attorneys for Defendant

US ATTORNEYS OFFICE
Attorneys for Plaintiff

_____
RAWLEN M T MANTANONA, ESQ.
Dated: 4/26/06

_____
KARON V. JOHNSON, ESQ.
Dated: 4/26/06

ORIGINAL