CABOT
MANTANONA LLP
BankPacific Building, 2nd Floor
825 South Marine Drive Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777



FILED
DISTRICT COURT OF GUAM

APR 27 2006

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 05-00059 |
| Plaintiff, | |
| vs. | ORDER |
| | Granting Stipulation for Continuance |
| JASON JOHN SENESI, | of Evidentiary Hearing |
| Defendant. | |

For good cause shown, the parties' stipulation to continue the evidentiary hearing, presently set for April 27, 2006, is hereby approved. The evidentiary hearing is hereby rescheduled for Thursday, May 18, 2006, at 10:00 a.m.

SO ORDERED this 27th day of April 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

**ORIGINAL**