UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | | |
|---|---|---|
| United States of America<br>Plaintiff, | ) <br> ) <br> ) <br> ) | CRIMINAL CASE NO. 05-00059-001 |
| vs. | ) <br> ) | **DECLARATION IN SUPPORT OF PETITION**<br>(2nd Supplemental) |
| JASON JOHN SENESI,<br>Defendant. | ) <br> ) <br> ) | |

**Re: Supplemental Violation Report; Urinalysis Laboratory Results**

I, John W. San Nicolas II, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of pretrial release for Jason John Senesi, and in that capacity declare as follows:

On April 20, 2006, a Supplemental Petition for Action was filed with the Court after Mr. Senesi failed to provide a urine sample (stall) on April 13, 2006, failed to report for urinalysis as instructed on April 14, 2006 at 8:00 a.m., for testing presumptive positive for methamphetamine on April 14, 2006, and for failing to provide a urine sample (stall) on April 17, 2006. On April 20, 2006, Mr. Senesi appeared before the Honorable Joaquin V.E. Manibusan, Jr., Magistrate Judge, at a violation hearing. Mr. Senesi denied the violations listed, and his attorney requested that the Court set an evidentiary hearing to address the violations. The Court set the hearing for April 27, 2006 to give time for the U.S. Probation Office to obtain laboratory results on the April 14, 2006 urine sample. The Court ordered that Mr. Senesi be taken into the custody of the U.S. Marshal.

**Special Condition:** *Submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.* As reported in the April 20, 2006 Supplemental Declaration, on April 14, 2006, Mr. Senesi was subjected to a urinalysis which resulted in a presumptive positive for methamphetamine. The sample was sent to Scientific Testing Laboratories, Incorporated, because he denied use of illicit substances, and the sample

DECLARATION IN SUPPORT OF PETITION (2nd SUPPLEMENTAL)
Supplemental Violation Report; Urinalysis Laboratory Results
Re: SENESI, Jason John
USDC Cr. Cs. No. 06-00059-001
May 5, 2006
Page 2

was observed to be clear in appearance. On April 24, 2006, this Officer received the laboratory report for the April 10, 2006 drug test, which indicated an invalid result due to abnormal creatinine and specific gravity levels for amphetamines and methamphetamine. On May 3, 2006, this Officer spoke with Scientific Testing Laboratories Certifying Scientist Stephen B. Jato, who stated that it was his opinion that the test subject drank a "significant amount of water or fluids just prior to the test."

**Recommendation:** This Officer respectfully requests that the Court incorporate this information with the violation reports filed on April 6, 2006 and April 20, 2006, respectively.

Executed this 8th day of May 2006, at Hagatna, Guam, in conformance with the provisions of 28 U.S.C. § 1746.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
JOHN W. SAN NICOLAS II
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Karon V. Johnson, Assistant U.S. Attorney
    Rawlen Mantanona, Defense Attorney
    File