IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES



FILED
DISTRICT COURT OF GUAM
MAY 18 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00059**     **DATE: 05/18/2006**

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge, Presiding
Court Reporter: Wanda Miles
**Electronically Recorded:** 9:58:57 - 11:30:00; 11:37:31 - 12:05:30

Law Clerk: J. Hattori
Courtroom Deputy: Virginia T. Kilgore
CSO: J. Lizama

*********************APPEARANCES*****************************

**DEFT:** JASON JOHN SENESI
( X ) PRESENT  ( ) CUSTODY  ( ) BOND  ( X ) P.R.

**ATTY:** RAWLEN MANTANONA
( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

U.S. ATTORNEY: ROSETTA SAN NICOLAS
U.S. PROBATION: JOHN SAN NICOLAS

AGENT: PAUL GRIFFITH, D.E.A.
U.S. MARSHAL: C. MARQUEZ / V. ROMAN

**PROCEEDINGS:     EVIDENTIARY HEARING**

( ) ALLEGATIONS STATED BY THE GOVERNMENT
( ) ARGUMENT BY THE GOVERNMENT/( ) GOVERNMENT SETS FORTH THE FACTS OF THE VIOLATIONS
( ) ARGUMENT BY THE DEFENDANT
( ) DEFENDANT ADMITS TO ALL THE ALLEGATIONS
( ) DEFENDANT DENIES ALL ALLEGATIONS AND REQUESTS AN EVIDENTIARY HEARING
( ) DEFENDANT ADMITS TO THE FOLLOWING ALLEGATIONS: _____

( ) COURT FINDS THAT THE DEFENDANT DID VIOLATE CONDITIONS OF PRETRIAL RELEASE
( ) REVOCATION OF PROBATION/SUPERVISED RELEASE ___ GRANTED ___ DENIED
( ) PROBATION/SUPERVISED RELEASE CONDITIONS MODIFIED (see Revocation or Amended Judgment)
( ) CONDITIONS MODIFIED OR CONTINUED ( see reverse )
( ) PROCEEDINGS CONTINUED TO: _____ AT _____
( ) DEFENDANT TO REMAIN AT LIBERTY
( X ) DEFENDANT TO REMAIN IN THE CUSTODY OF THE U.S. MARSHAL SERVICE
( X ) WITNESSES SWORN AND EXAMINED     ( X ) EXHIBIT MARKED AND ADMITTED
        SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187 (and 187A, when applicable)

**NOTES:**

Government counsel argued for defendant's continued detention until sentencing. Defense counsel argued for defendant's release. The Court ordered that the defendant continued to be detained pending his sentencing and stated its reasons on the record.

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

| UNITED STATES OF AMERICA | EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| JASON JOHN SENESI | Case Number: **CR-05-00059** |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| **JOAQUIN V.E. MANIBUSAN, JR.** | **ROSETTA SAN NICOLAS** | **RAWLEN MANTANONA** |
| HEARING DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| MAY 18, 2006 | WANDA MILES | VIRGINIA T. KILGORE |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | **JOHN SAN NICOLAS, called and sworn** |
| | | | | | | DX by Ms. San Nicolas |
| | | | | | | Objection to testimony of positive test. Request government to lay foundation. |
| | | | | | | Objection to quantity of tests sent to laboratory. Overruled. |
| | | | | | | Government argued the application of Rules of Evidence 1101(d)(3). Mr. Mantanona argued that the testimony is speculation and the exception does not apply to this proceeding. The Court allowed the question and the response. |
| | | | | | | 10:23:19 CX by Mr. Mantanona |
| | | | | | | 10:48:37 Re-DX by Ms. San Nicolas |
| | | A | 5/18/06 | 5/18/06 | 5/18/06 | S & N Lab Report. Parties stipulated to the May 4, 2006 lab report. |
| | | | | | | 10:54:46 End of Re-DX |
| | | | | | | **JASON JOHN SENESI, called and sworn** |
| | | | | | | DX by Mr. Mantanona |
| | | | | | | 11:09:23 CX by Ms. San Nicolas |
| | | | | | | End of CX |
| | | | | | | 11:12:50 Re-DX by Mr. Mantanona |
| | | | | | | **11:13:48 AGENT PAUL GRIFFITH, called and sworn** |
| | | | | | | DX by Ms. San Nicolas |
| | | | | | | 11:20 CX by Mr. Mantanona |
| | | | | | | 11:24:30 End of CX |
| | | | | | | 11:27:00 Continued CX by Mr. Mantanona |
| | | | | | | 11:28:30 Witness Excused |
| | | | | | | 11:30:00 5 Minute Recess |
| | | | | | | 11:37:31 Hearing Resumes |