**CABOT**
**MANTANONA LLP**
BankPacific Building, 2nd Floor
825 South Marine Drive Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

Attorneys for **Jason John Senesi**

**FILED**
DISTRICT COURT OF GUAM
JUL 19 2006
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No. 05-00059 |
| ) | |
| vs. ) | |
| ) | **MOTION TO MODIFY** |
| JASON JOHN SENESI, ) | **RELEASE CONDITION** |
| ) | |
| Defendant. ) | |

COMES NOW, Defendant, JASON JOHN SENESI, through counsel Cabot Mantanona, LLP, by RAWLEN M T MANTANONA ESQ, and moves this Honorable Court to consider temporarily releasing him from the detention center on specific release conditions as outlined below:

1. That Jason John Senesi be temporarily released in the custody of law enforcement on August 2, 2006 to attend his wife initial immigration interview at 8:30 a.m. at 108 Herman Cortez Avenue, Sirena Plaza Suite 100 Room 1 Hagatna, Guam.

### Statement of Facts

The defendant in this matter is currently incarcerated pending sentencing currently scheduled for August 22, 2006. The defendant in this matter is married to Hye Jin Senesi who is currently applying to adjust her immigration status as a

permanent resident. The defendant, as Ms. Senesi's husband physical presence is required at the initial interview for Ms. Senesi. The notice of the form I-797, notice of action is attached as exhibit "A" and incorporated into this motion.

## Argument

Releasing a defendant while pending sentence is addressed in Rule 46 of the Federal Rules of Criminal Procedure. Rule 46 subparagraph (c) states as follows:

> Pending Sentencing or Appeal. The provisions of 18 U.S.C. § 3143 govern release pending sentencing or appeal. The burden of establishing that the defendant will not flee or pose a danger to any other person or to the community rests with the defendant.

The defendant asserts he only is seeking release from detention for the sole purpose of his wife's immigration proceeding and that the duration of his release be only as long as necessary to complete the hearing. Further, defendant does not object to be taken to the hearing in the custody of th law enforcement personnel. Defendant believes that release pursuant to these conditions is sufficient to asway any concerns the court may have of any danger the defendant may pose or threat of flight.

18 U.S.C § 3143 reads as follows:

> (a) Release or detention pending sentence. - (1) <u>Except as provided in paragraph (2), the judicial officer shall order</u> that a person who has been found guilty of an offense and who is awaiting imposition or execution of sentence, other than a person for whom the applicable guideline promulgated pursuant to 28 U.S.C. 994 does not recommend a term of imprisonment, <u>be detained, unless the judicial officer finds by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community if release under section 3142(b) or (c)</u>. If the judicial officer makes such a finding, such judicial officer shall order the release of the person in accordance with section 3142(b) or (c).

18 U.S.C. § 3143 states that the judicial officer shall detain the defendant unless the officer by clear and convincing evidence that the defendant is not likely to flee or pose a danger to the safety of others if released under 18 U.S.C. § 3142(b) or (c). Again the defendant request is that he be escorted by law enforcement personnel to the meeting. Thus, removing any fear of danger or flight.

18 U.S.C. § 3142 (c) reads as follows:

Release or detention of a defendant pending trial.
(c) Release on conditions. -(1) If the judicial officer determines that the release described in subsection (b) of this section will not reasonably assure the appearance of the person as required or will endanger the safety of any other person or the community, such judicial officer shall order the pretrial release of the person-
    (A) subject to the condition that the person not commit a Federal, State, or local crime during the period of release; and
    (B) subject to the least restrictive further condition, or combination of conditions, that such judicial officer determines will reasonably assure the appearance of the person as required and the safety of any other person and the community, which may include the condition that the person-
        (i) remain in the custody of a designated person, who agrees to assume supervision and to report any violation of a release condition to the court, if the designated person is able reasonably to assure the judicial officer that the person will appear as required and will not pose a danger to the safety of any other person or the community.

§ 3142 (c) allows the court to fashion conditions which will address the concerns raise in Rule 46. Defendant asserts that a law enforcement escort is a permissible condition under § 3142 (c) which should suffice to assure defendant's appearance at all hearings and eliminate any threat to the community.

## Conclusion

The defendant respectfully request the court to grant his motion to allow his temporarily release from detention in the presence of law enforcement personnel to participate in his wife's immigration initial interview to adjust status.

Dated: 7/18/06

CABOT MANTANONA LLP

By: _____
RAWLEN M T MANTANONA, ESQ.

# I-797, Notice of Action

## THE UNITED STATES OF AMERICA

| | |
|---|---|
| REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW | **NOTICE DATE** June 20, 2006 |
| **CASE TYPE** FORM I-485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | |
| **APPLICATION NUMBER** MSC0620311419 | **RECEIVED DATE** April 17, 2006 | **PRIORITY DATE** April 17, 2006 | **PAGE** 1 of 1 |

HYE JIN SENESI
PO BOX 21271
BARRIGADA GU 96921

You are hereby notified to appear for the interview appointment, as scheduled below, for the completion of your Application to Register Permanent Residence or Adjust Status (Form I-485) and any supporting applications or petitions. *Failure to appear for this interview and/or failure to bring the below listed items will result in the denial of your application.* (8 CFR 103.2(b)(13))

### Who should come with you?

- ☐ If your eligibility is based on your marriage, your husband or wife must come with you to the interview.
- ☐ If you do not speak English fluently, you should bring an interpreter.
- ☐ Your attorney or authorized representative may come with you to the interview.
- ☐ If your eligibility is based on a parent/child relationship and the child is a minor, the petitioning parent and the child must appear for the interview.

**NOTE:** Every adult (over 18 years of age) who comes to the interview must bring Government-issued photo identification, such as a driver's license or ID card, in order to enter the building and to verify his/her identity at the time of the interview. You do not need to bring your children unless otherwise instructed. Please be on time, but do not arrive more than 45 minutes early. We may record or videotape your interview.

### YOU MUST BRING THE FOLLOWING ITEMS WITH YOU: (Please use as a checklist to prepare for your interview)

- ☐ This Interview Notice and your Government issued photo identification.
- ☐ A completed medical examination (Form I-693) and vaccination supplement in a sealed envelope (unless already submitted).
- ☐ A completed Affidavit(s) of Support (Form I-864) with all required evidence, including the following, for **each** of your sponsors (unless already submitted):
  - ☐ Federal Income Tax returns and W-2's, or certified IRS printouts, for the past 3 years;
  - ☐ Letters from each current employer, verifying current rate of pay and average weekly hours, and pay stubs for the past 2 months;
  - ☐ Evidence of your sponsor's and/or co-sponsor's United States Citizenship or Lawful Permanent Resident status.
- ☐ All documentation establishing your eligibility for Lawful Permanent Resident status.
- ☐ Any immigration-related documentation ever issued to you, including any Employment Authorization Document (EAD) and any Authorization for Advance Parole (Form I-512).
- ☐ All travel documents used to enter the United States, including Passports, Advance Parole documents (I-512) and I-94s (Arrival/Departure Document).
- ☐ Your Birth Certificate.
- ☐ Your petitioner's Birth Certificate and your petitioner's evidence of United States Citizenship or Lawful Permanent Resident Status.
- ☐ If you have children, bring a Birth Certificate for each of your children.
- ☐ If your eligibility is based on your marriage, in addition to your spouse coming to the interview with you, bring:
  - ☐ A certified copy of your Marriage Document issued by the appropriate civil authority.
  - ☐ Your spouse's Birth Certificate and your spouse's evidence of United States Citizenship or Lawful Permanent Resident status;
  - ☐ If either you or your spouse were ever married before, all divorce decrees/death certificates for each prior marriage/former spouse;
  - ☐ Birth Certificates for all children of this marriage, and custody papers for your children and for your spouse's children not living with you;
- ☐ Supporting evidence of your relationship, such as copies of any documentation regarding joint assets or liabilities you and your spouse may have together. This may include: tax returns, bank statements, insurance documents (car, life, health), property documents (car, house, etc.), rental agreements, utility bills, credit cards, contracts, leases, photos, correspondence and/or any other documents you feel may substantiate your relationship.
- ☐ Original and copy of each supporting document that you submitted with your application. Otherwise, we may keep your originals for our records:
- ☐ If you have ever been arrested, bring the related Police Report and the original or certified Final Court Disposition for each arrest, even if the charges have been dismissed or expunged. If no court record is available, bring a letter from the court with jurisdiction indicating this.
- ☐ A certified English translation for each foreign language document. The translator must certify that s/he is fluent in both languages, and that the translation in its entirety is complete and accurate.

**YOU MUST APPEAR FOR THIS INTERVIEW-** If an emergency, such as your own illness or a close relative's hospitalization, prevents you from appearing, call the U.S. Citizenship and Immigration Services (USCIS) National Customer Service Center at 1-800-375-5283 as soon as possible. Please be advised that rescheduling will delay processing of application/petition, and may require some steps to be repeated. It may also affect your eligibility for other immigration benefits while this application is pending.

If you have questions, please call the USCIS National Customer Service Center at 1-800-375-5283 (hearing impaired TDD service is 1-800-767-1833).

| | |
|---|---|
| **PLEASE COME TO:** U.S. Citizenship and Immigration Services<br>108 HERNAN CORTEZ AVE<br>SIRENA PLAZA, SUITE 100<br>ROOM 1<br>HAGATNA GU 96910 | **ON:** Wednesday, August 02, 2006<br>**AT:** 08:30 AM |