

CABOT
MANTANONA LLP
BankPacific Building, 2nd Floor
825 South Marine Drive Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

**FILED**
DISTRICT COURT OF GUAM
JUL 20 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **Criminal Case No. 05-00059** |
| ) | |
| Plaintiff, ) | |
| ) | **OPPOSITION TO PRE-SENTENCE** |
| vs. ) | **REPORT** |
| ) | |
| JASON JOHN SENESI, ) | |
| ) | |
| Defendants. ) | |

The defendant in this matter reserves the right to file a sentencing memorandum upon the filing of the downward departure 5K 1.1 motion by the United States government set for in paragraph 95, of the pre-sentence report. The defendant in this matter has provided substantial cooperation for both federal and local law enforcement resulting in the successful prosecution over ten individuals, corrupt law enforcement personnel and multiple drug networks. The defendant would like to comment in regards to the extensiveness of his cooperation after the review of the government's recommendation and may seek to supplement the record on the value of his assistance.

Dated: **19** July, 2006

CABOT MANTANONA LLP

By: _____

RAWLEN M T MANTANONA, ESQ.

**ORIGINAL**