**CABOT**
**MANTANONA LLP**
BankPacific Building, 2nd Floor
825 South Marine Drive Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

Attorneys for **Jason John Senesi**

FILED
DISTRICT COURT OF GUAM
JUL 20 2006
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No. 05-00059 |
| ) | |
| vs. ) | |
| ) | **CERTIFICATE OF SERVICE** |
| JASON JOHN SENESI ) | |
| ) | |
| Defendant. ) | |

I, WILLIAM N. CRUZ, hereby certify that a copy of defendant Senesi's Stipulation and Order for Continuance was duly hand-delivered to the following on July 20, 2006:

Office of the United States Attorney General
247 West O'Brien Drive
Hagatna, Guam 96910

United States Probation Office
District Court of Guam
520 West Soledad
Hagatna, Guam 96910

DATED: July 20, 2006

_____
WILLIAM N. CRUZ
Employee of Cabot Mantanona LLP

ORIGINAL