CABOT
MANTANONA LLP
BankPacific Building, Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

Attorneys for Jason John Senesi



**FILED**
DISTRICT COURT OF GUAM
JUL 25 2006
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No. 05-00059 |
| ) | |
| vs. ) | |
| ) | STIPULATED ~~ORDER~~ w/c |
| JASON JOHN SENESI, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The parties hereby stipulate that defendant Jason John Senesi's motion to modify release condition filed on July 19, 2006, shall be and hereby is granted on the condition that he pay upon proper demand the initial sum of $160 plus transportation expenses plus additional fees at the established rates for periods exceeding two hours. If defendant Senesi complies with the conditions herein, then the U.S. Marshals Service shall transport him to attend Hye Jin Senesi's immigration interview presently scheduled for August 2, 2006, at 8:30 a.m. at 108 Hernan Cortez Avenue Sirena Plaza Suite 100 Room 1 Hagatna,

ORIGINAL

Guam, and shall return him to his present custodial location immediately upon the conclusion of the interview.

| | |
|---|---|
| LEONARDO M. RAPADAS<br>United States Attorney Districts of<br>Guam and Northern Mariana Islands | CABOT MANTANONA LLP<br>Attorneys for Jason John Senesi |
| By: *Frederick A. Black*<br>FREDERICK A. BLACK<br>Assistant U.S. Attonrey<br>Date: July 24th, 2006 | By: *[signature]*<br>THEODORE S. CHRISTOPHER<br>Date: July 25, 2006 |

APPROVED AND SO ORDERED this ____ day of July, 2006.

~~[struck through signature line]~~

Judge, District Court of Guam

TSC:km
SENESI\STIPULATED ORDER (07-24-06)