ORIGINAL

CABOT
MANTANONA LLP
BankPacific Building, Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

Attorneys for Jason John Senesi

FILED
DISTRICT COURT OF GUAM
JUL 26 2006
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No. 05-00059 |
| ) | |
| vs. ) | |
| ) | **ORDER re: STIPULATION** |
| JASON JOHN SENESI, ) | |
| ) | |
| Defendant. ) | |

Based upon the parties' stipulation filed on July 25, 2006, the defendant, Jason John Senesi's motion to modify release condition filed on July 19, 2006, shall be and hereby is granted on the condition that he pay upon proper demand the initial sum of $160 plus transportation expenses plus additional fees at the established rates for periods exceeding two hours. If defendant Senesi complies with the conditions herein, then the U.S. Marshals Service shall transport him to attend Hye Jin Senesi's immigration interview presently scheduled for August 2, 2006, at 8:30 a.m. at 108 Hernan Cortez Avenue Sirena Plaza Suite 100 Room 1 Hagatna, Guam, and shall return him to his present custodial location immediately upon the conclusion of the interview.

SO ORDERED this 26 day of July, 2006.

_____
JAMES WARE
Judge, District Court of Guam