```
jsenesimtn
```

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America



ORIGINAL

**FILED**
DISTRICT COURT OF GUAM
AUG 21 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 05-00059 |
|---|---|
| Plaintiff, | ) **GOVERNMENT'S STATEMENT ADOPTING PRESENTENCE REPORT, MOTION FOR ADDITIONAL ONE-LEVEL DEPARTURE AND MOTION FOR SUBSTANTIAL ASSISTANCE DEPARTURE** |
| vs. | |
| JASON JOHN SENESI, | |
| Defendant. | |

Pursuant to General Order 88-1, as amended by General Orders 93-00006 and 98-00002, the United States adopts the findings of the Presentence Report for the above defendant.

In addition, the United States of America, plaintiff, by and through the undersigned counsel Karon V. Johnson, Assistant United States Attorney, moves this Honorable Court for a one level departure downward from the guidelines sentencing level pursuant to USSG § 3E1.1(b) because the defendant timely notified the government of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the court to allocate its resources efficiently. Accordingly, defendant's total offense level will be 29, which would ordinarily provided a sentencing range of 87-108 months, except that defendant is subject to a mandatory minimum sentence of 120 months incarceration.

The United States hereby moves this Honorable Court for a departure from the mandatory minimum term of 120 months, as provided by 18 U.S.C. § 3553(c), and the Guidelines level, as provided by USSG Section 5K1.1, on the basis that defendant has rendered substantial assistance to the government in its investigation of drug trafficking on Guam.

The government is filing under seal a separate sentencing memorandum concerning the details of that cooperation. The government is recommending that defendant receive a sentence of 60 months incarceration.

RESPECTFULLY SUBMITTED this 21st day of August, 20006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant U.S. Attorney