# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-05-00059  DATE: August 22, 2006

HON. RONALD B. LEIGHTON, Designated Judge, Presiding
Law Clerk: Greg Leever  Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez  Electronically Recorded: 10:11:30 - 10:22:08
CSO: J. McDonald / F. Tenorio

**APPEARANCES:**

Defendant: Jason John Senesi  Attorney: Rawlen Mantanona
☑ Present ☑ Custody ☐ Bond  ☑ Present ☐ Retained ☐ FPD
☐ P.R.  ☑ CJA

U.S. Attorney: Karon Johnson  U.S. Agent:
U.S. Probation: Maria Cruz  U.S. Marshal: V. Roman
Interpreter:  Language:

**PROCEEDINGS: Sentencing**
- Defense moved for a continuance and stated his reasons.
- Government had no objections.
- Motion for Continuance - <u>Granted</u>.
- The Court continued the matter to <u>September 21, 2006 at 10:30 a.m.</u>
- Defendant to remain in the custody of the U.S. Marshals Service.

NOTES: