# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-05-00059         DATE: September 21, 2006

HON. MORRISON C. ENGLAND, JR., Designated Judge, Presiding
Law Clerk: None Present               Court Reporter: Cecilia Flores
Courtroom Deputy: Leilani Toves Hernandez   Electronically Recorded: 10:31:59 - 11:37:37
CSO: B. Benavente / P. Taijeron

**APPEARANCES:**

Defendant: Jason John Senesi            Attorney: Rawlen Mantanona
☑ Present ☑ Custody ☐ Bond ☐ P.R.        ☑ Present ☐ Retained ☐ FPD ☑ CJA

U.S. Attorney: Karon Johnson            U.S. Agent:
U.S. Probation: Maria Cruz              U.S. Marshal: G. Perez / F. Taitague
Interpreter:                            Language:

**PROCEEDINGS: Continued Sentencing**
- Court stated the appropriate Offense Levels.
- Letter(s) of recommendation received by the Court.
- Government's written motion and Defense's oral motion for downward departure were granted.
- Defendant committed to the Bureau of Prisons for a term of 44 months, with credit for time served. While in prison, the defendant shall participate in the 500-hour intensive drug treatment program approved by the Bureau of Prisons.
- Court recommendation for the Bureau of Prisons near New York, subject to the security level of the defendant and space availability.
- Upon release from imprisonment, defendant is placed on supervised release for a term of 5 years, with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant was ordered to pay a special assessment fee of $100.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: