


# District Court of Guam

4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910
www.gud.uscourts.gov
Telephone: (671) 473-9100; Facsimile: (671) 473-9152

**FRANCES M. TYDINGCO-GATEWOOD**
Chief Judge

**JEANNE G. QUINATA**
Clerk of Court

May 27, 2008

Rawlen M. Mantanona, Esq.
Cabot Mantanona LLP
2nd Floor, BankPacific Building
825 South Marine Corps Drive
Tamuning, GU 96913

Re:  CR-05-00059
     United States of America -vs- Jason John Senesi

Dear Mr. Mantanona:

    A Judgment was filed on September 22, 2006, in the above-entitled matter.

    Therefore, notice is hereby given pursuant to LR 79.1(b) to claim and withdraw all exhibits filed in connection with the above-entitled case within twenty (20) days from the date of this notice. If the foregoing items are not withdrawn within forty (40) days after this date, the Clerk may destroy them or make other disposition as she sees fit. (See LR 79.1(c).)

    Thank you for your assistance in this matter.

                          Sincerely,

                           /s/ Leilani R. Toves Hernandez
                           Deputy Clerk